■ In the Matter of KARIM K. ARZADI, a Suspended Attorney. [12 NYS3d 554]—Motion by Karim K. Arzadi for reinstatement to the bar as an attorney and counselor-at-law. Mr. Arzadi was admitted to the bar at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on March 19, 1986. By opinion and order of this Court dated August 27, 2014, Mr. Arzadi was suspended from the practice of law for a period of six months, effective September 26, 2014, based on

the discipline imposed by the Supreme Court of New Jersey (*see Matter of Arzadi*, 121 AD3d 316 [2014]).

Upon the papers filed in support of the motion and the papers filed in relation thereto, it is

Ordered that the motion is granted on condition that on or before August 14, 2015, Karim K. Arzadi file with the Clerk of the Court an affidavit of compliance nunc pro tunc (*see* 22 NYCRR 691.10 [f]); and it is further,

Ordered that upon the filing of the affidavit of compliance, as directed above, the Clerk of the Court shall restore the name of Karim K. Arzadi to the roll of attorneys and counselors-at-law, and Karim K. Arzadi shall be reinstated as an attorney and counselor-at-law. Eng, P.J., Mastro, Rivera, Skelos and Sgroi, JJ., concur.